UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

G & G CLOSED CIRCUIT EVENTS
LLC,

                    Plaintiff,

v.                                                    Case No. 25-cv-13551
                                                      Hon. Mark A. Goldsmith
BLUE MOON HOOKAH CAFÉ & LOUNGE,                       Mag. Judge David R. Grand
LLC, a Michigan limited liability company

AND

LOBNA H. BAZZI,
Individually, jointly and severally,

                    Defendants.

## OPINION & ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Dkt. 13)

This matter having come before this Court upon G & G Closed Circuit Events, LLC's

motion for default judgment against Blue Moon Hookah Café & Lounge, LLC and Lobna H. Bazzi

(Dkt. 13).  Plaintiff requests judgment in the amount of $37,430.59 be entered for the following

damages.

### I.        Statutory Damages

Plaintiff alleges that it purchased the domestic commercial exhibition rights to the

Gervonta "Tank" Davis vs Ryan "King" Garcia Fight Program on April 22, 2023 (hereinafter, the

"Program"). The commercial licensing fee to exhibit the Program was $1,700.00.  Rate Card at

PageID.56 (Dkt. 13-3). Defendants, however, did not purchase the commercial license to exhibit

the Program. This Court concludes that the facts alleged in the Complaint state a claim under the

Cable & Television Consumer Protection and Competition Act ("CTCPA"), 47 U.S.C. § 605, as

Defendants broadcasted the Program without purchasing the commercial licensing fee to do so.

This Court concludes that there is sufficient evidence to award Plaintiff $6,800.00 in statutory damages, which represents four times the commercial licensing fee.

## II.    Enhanced Damages

Plaintiff alleges that Defendants' violation was willful and done for an "indirect commercial advantage." 47 U.S.C. § 605(e)(3)(C)(ii). Plaintiff provided sufficient evidence that Defendants conducted willful acts to gain an indirect commercial advantage. Plaintiff noted Defendants' failure to appear and defend the action as evidence of willfulness. Joe Hand Promotions, Inc. v. RPM Mgmt. Co. LLC, Case No. 11-377, 2011 WL 5389425, at *3 (S.D. Ohio Nov. 7, 2011). As such, Plaintiff could seek the statutory maximum of $100,000.00 dollars for a willful violation. 47 U.S.C. § 605(e)(3)(C)(ii). Plaintiff instead requests enhanced statutory damages in the amount of $25,000.00. The Court concludes there is sufficient evidence of willfulness and an indirect commercial advantage and an award of $25,000.00 is appropriate.

## III.    Attorney Fees

Plaintiff incurred fees and costs prosecuting this action in the amount of $5,630.59, representing $5,020.00 in attorney fees and $610.59 in costs. Plaintiff provided documentation of services rendered and hours billed as well as reasonable market rate for similar services.  See Affidavits at PageID.57–71 (Dkt. 13-4).  The Court concludes these fees and expenses are manifestly reasonable and are properly owed to Plaintiff as the prevailing party under the CTCPA, See 47 U.S.C. § 605(e)(3)(B)(iii), and awards Plaintiff $5,630.59 in attorney fees and costs.

## IV.    Conclusion

For the reasons stated above, the Court finds in favor of Plaintiff against Blue Moon Hookah Café & Lounge, LLC and Lobna H. Bazzi in the amount of $31,800.00 in statutory and

enhanced damages; awards reasonable attorney fees and costs in the amount of $5,630.59; and awards interest pursuant to 28 U.S.C. § 1961.

      **SO ORDERED.**

Dated: February 6, 2026                 s/Mark A. Goldsmith
Detroit, Michigan                    MARK A. GOLDSMITH
                                  United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 6, 2026.

                s/Joseph Heacox
                JOSEPH HEACOX
                Case Manager